UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

**Elizabeth Sweeney**,
    Plaintiff,

    Vs.                                    CA 12 – 952 ML

**Viking Client Services, Inc**.,
**April Burke**, alias,
**Person Doe 1**, alias,
**Person Doe 2**, alias,
**Person Doe #3**, alias, and
**Person Doe #4**, alias,
    Defendants.
_____

## Notice of Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no defendant having filed an Answer or Motion for Summary Judgment, the Plaintiff hereby files this notice dismissing this matter with prejudice, no cost and no interest.

                                      The Plaintiff,
                                      By Counsel,

                                      /s/ John T. Longo
                                      _____
                                      Citadel Consumer Litigation, P.C.
                                      John T. Longo, Esq./#4928
                                      681 Smith Street
                                      Providence, RI  02908
                                      (401) 383-7550
                                      Fax (401) 537-9185
                                      jtlongo@citadelpc.com

                                      Dated: 8/5/13

## Certificate of Service

I certify that on 8/5/13 I electronically filed this document with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

    None.

I further certify that I caused a copy of this document to be sent to the people listed below via the e-mail address is listed below:

Doug Boyum
dboyum@vikingservice.com

                                                                           /s/ John T. Longo
                                                                           _____
                                                                           John T. Longo, Esq./#4928